REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301
reed@hbsslaw.com
shanas@hbsslaw.com

I. STEPHEN RABIN
RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Facsimile: (212) 880-3716
srabin@rabinpeckel.com

Attorneys for Plaintiff

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE, | No. C 07-1772-MJJ |
| Plaintiff, | |
| v. | APPLICATION FOR ADMISSION *PRO HAC VICE* OF I. STEPHEN RABIN; [~~PROPOSED~~ ORDER] |
| JUNIPER NETWORKS, INC., SCOTT KRIENS, PRADEEP SINDHU, ROBERT M. CALDERONI, KENNETH GOLDMAN, WILLIAM R. HEARST III, KENNETH LEVY, FRANK MARSHALL, STRATTON SCLAVOS, and WILLIAM R. STENSRUD, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, I. Stephen Rabin, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Jeanne M. Calamore in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> REED R. KATHREIN (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 425 Second Street, Suite 500
> San Francisco, California 94107
> Telephone: (415) 896-6300
> Facsimile: (415) 896-6301
> reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 10th day of April, 2007, at New York, New York.

_____
I. Stephen Rabin

### [PROPOSED] ORDER

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of I. Stephen Rabin in this action.

IT IS SO ORDERED.

04/11/07

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

APP FOR ADMISSION PRO HAC VICE OF I. STEPHEN RABIN; [PROPOSED ORDER] - C 07-1772-MJJ     - 1 -

#MH-KSITE_163285_1\V13591906