NINA F. LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: sguggenheim@wsgr.com
Email: jostler@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUNIPER NETWORKS, INC., SCOTT ) <br> KRIENS, PRADEEP SINDHU, ROBERT M. ) <br> CALDERONI, KENNETH GOLDMAN, ) <br> WILLIAM R. HEARST III, KENNETH ) <br> LEVY, FRANK MARSHALL, STRATTON ) <br> SCLAVOS, and WILLIAM R. STENSRUD, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO.: C-07-1772-MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** <br><br> **(Civil L.R. 6-1)** <br><br><br> Date: N/A <br> Time: N/A <br> Before: The Honorable Martin J. Jenkins |

1  WHEREAS, on April 11, 2007, defendants Juniper Networks, Inc. ("Juniper"), Scott
2  Kriens, Pradeep Sindhu, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III,
3  Kenneth Levy, Frank Marshall, Stratton Sclavos, and William R. Stensrud filed an
4  Administrative Request for Relief requesting that the Court grant them an extension of time
5  within which to file their response(s) to plaintiff's complaint;

6  WHEREAS, on April 12, 2007, the Court issued an Order Partially Lifting Statutory
7  Discovery Stay for Purposes of Preliminary Injunction Hearing, allowing plaintiff limited
8  discovery; and

9  WHEREAS, plaintiff informed defendants on April 13, 2007 that they will agree
10 defendants' time to respond to the complaint be extended such that defendants' motion(s) to
11 dismiss be due the same day plaintiff's motion for a preliminary injunction is due.

12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
13 the undersigned counsel for Plaintiff and counsel for Defendants, subject to approval of the
14 Court, that:

15 1.   Defendants' motion(s) to dismiss Plaintiff's Complaint shall be due on April 27,
16 2007, the same day that Plaintiff's motion for a preliminary injunction is due;

17 2.   Plaintiff's opposition(s) to the motion(s) to dismiss shall be due on May 11, 2007,
18 the same day as Defendants' opposition to the motion for a preliminary injunction is due;

19 3.   Defendants' reply in support of any motion(s) to dismiss shall be due on May 18,
20 2007, the same day as Plaintiff's reply in support of the motion for a preliminary injunction is
21 due; and

28     / / /

STIP. RE TIME TO RESPOND TO COMPL.          -1-
CASE NO. C-07-1772-MJJ

1       4.      Any motion(s) to dismiss shall be heard on June 1, 2007, the same day as the motion for a preliminary injunction is set for hearing.

Respectfully submitted,

Dated:  April 16, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By        /s/ Joni Ostler
                                                    Joni Ostler
                                          Nina F. Locker
                                          Steven Guggenheim
                                          650 Page Mill Road
                                          Palo Alto, CA 94304-1050
                                          Telephone:  (650) 493-9300
                                          Facsimile:   (650) 565-5100
                                          nlocker@wsgr.com
                                          sguggenheim@wsgr.com
                                          jostler@wsgr.com

                                          *Attorneys for Defendants*

Dated: April 16, 2007                     HAGENS BERMAN SOBOL SHAPIRO LLP


                                          By    /s/ Reed R. Kathrein
                                                 Reed R. Kathrein
                                          Shana E. Scarlett
                                          425 Second Street, Suite 500
                                          San Francisco, California  94107
                                          Telephone: (415) 896-6300
                                          Facsimile: (415) 896-6301
                                          reed@hbsslaw.com
                                          shanas@hbsslaw.com

                                          *Attorneys for Plaintiff*

STIP. RE TIME TO RESPOND TO COMPL.                    -2-
CASE NO. C-07-1772-MJJ

SIGNATURE ATTESTATION

I, Joni Ostler, attest that I have on file an email dated April 16, 2007 from Reed Kathrein permitting me to sign his name on his behalf, whose holographic signature ("/s/") appears on the STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT, filed with the Court on April 16, 2007. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of April, 2007 at Palo Alto, California.

By:    /s/ Joni Ostler
       Joni Ostler

\*    \*    \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/16/2007      *[signature]* Judge Martin J. Jenkins