1   REED R. KATHREIN (139304)
    SHANA E. SCARLETT (217895)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    425 Second Street, Suite 500
3   San Francisco, California  94107
    Telephone: (415) 896-6300
4   Facsimile: (415) 896-6301
    reed@hbsslaw.com
5   shanas@hbsslaw.com

6   I. STEPHEN RABIN
    RABIN & PECKEL LLP
7   275 Madison Avenue, Suite 420
    New York, NY 10016
8   Telephone:  (212) 880-3722
    Facsimile:  (212) 880-3716
9   srabin@rabinpeckel.com

10  Attorneys for Plaintiff

11  *Additional Counsel Listed on Signature Page*

12
13                           UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15                                SAN FRANCISCO DIVISION

16  JEANNE M. CALAMORE,                   )   No.  C 07-1772-JW (PVT)
                                          )
17                          Plaintiff,    )   STIPULATION RE SCHEDULE FOR
                                          )   PRELIMINARY INJUNCTION AND
18          v.                            )   MOTION(S) TO DISMISS
                                          )
19  JUNIPER NETWORKS, INC., SCOTT         )
    KRIENS, PRADEEP SINDHU, ROBERT M.     )
20  CALDERONI, KENNETH GOLDMAN,           )
    WILLIAM R. HEARST III, KENNETH LEVY,  )   DATE ACTION FILED:  March 28, 2007
21  FRANK MARSHALL, STRATTON              )
    SCLAVOS, and WILLIAM R. STENSRUD,     )
22                                        )
                            Defendants.   )
23                                        )

24
25
26
27
28

WHEREAS the parties had previously agreed, and the Hon. Martin J. Jenkins had ordered, a briefing schedule for Plaintiff's preliminary injunction and any motion(s) to dismiss by Defendants;

WHEREAS on April 26, 2007, this case was reassigned to Judge James Ware and all dates for motions were vacated and required to be re-noticed; and

WHEREAS the parties have mutually agreed to a new briefing schedule for Plaintiff's motion for a preliminary injunction and Defendants' motion(s) to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendants that:

1. Plaintiff's motion for a preliminary injunction and Defendants' motion(s) to dismiss shall be due on May 21, 2007;

2. Defendants' opposition to Plaintiff's motion for a preliminary injunction and Plaintiff's opposition to Defendants' motion(s) to dismiss shall be due on June 4, 2007;

3. Plaintiff's reply in support of her motion for a preliminary injunction and Defendants' reply in support of their motion(s) to dismiss shall be due on June 11, 2007; and

4. The hearing on both the motion for preliminary injunction and the motion(s) to dismiss shall be June 25, 2007 at 9:00 a.m., or such other date as may be ordered by the Court.

Respectfully submitted,

Dated: May 3, 2007                HAGENS BERMAN SOBOL SHAPIRO LLP


By /s/ Reed R. Kathrein
Reed R. Kathrein
Shana E. Scarlett
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301
reed@hbsslaw.com
shanas@hbsslaw.com

*Attorneys for Plaintiff*

STIP. RE SCHEDULE FOR PRELIM. INJ. & MOT. TO DISMISS- C 07-1772-JW (PVT)
167461 V1

- 1 -

| | |
|---|---|
| Dated:  May 3, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By  /s/ Joni Ostler<br>         Joni Ostler<br>Nina F. Locker<br>Steven Guggenheim<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>nlocker@wsgr.com<br>sguggenheim@wsgr.com<br>jostler@wsgr.com<br><br>*Attorneys for Defendants* |

I, Reed R. Kathrein, am the ECF User whose ID and password are being used to file this Stipulation Re Schedule For Preliminary Injunction and Motion(s) to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Joni Ostler has concurred in this filing.

IT IS SO ORDERED

The Motion for Preliminary  Injunction and Motion to Dismiss shall be heard on June 25 2007 at 9:00 AM.

Date: May 4 2007

_____
United States District Court
Judge James Ware

STIP. RE SCHEDULE FOR PRELIM. INJ. & MOT. TO DISMISS- C 07-1772-JW (PVT)         - 2 -

167461 V1

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify |
| 5 | that I have mailed the foregoing document or paper via the United States Postal Service to the non- |
| 6 | CM/ECF participants indicated on the attached Manual Notice List. |

/s/ Reed R. Kathrein
REED R. KATHREIN

# Mailing Information for a Case 5:07-cv-01772-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Guggenheim**
  sguggenheim@wsgr.com cphillips@wsgr.com;bngirngesechei@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Bruce G. Murphy**
  bgm@brucemurphy.biz brucemurphy_attorney@yahoo.com

- **Joni L. Ostler**
  jostler@wsgr.com pbaird@wsgr.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com info@rabinpeckel.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com nancyq@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`