NINA F. LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
DIANE M. WALTERS, State Bar No. 148136
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  nlocker@wsgr.com
Email:  sguggenheim@wsgr.com
Email:  dwalters@wsgr.com
Email:  jostler@wsgr.com

Attorneys for Defendants
Juniper Networks, Inc., Scott Kriens,
Pradeep Sindhu, Robert M. Calderoni,
Kenneth Goldman, William R. Hearst III,
Kenneth Levy, Frank Marshall,
Stratton Sclavos, and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JEANNE M. CALAMORE, | ) | CASE NO.:  C-07-1772-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE SCHEDULE FOR** |
| v. | ) | **PRELIMINARY INJUNCTION AND** |
| | ) | **MOTION TO DISMISS** |
| JUNIPER NETWORKS, INC., SCOTT | ) | |
| KRIENS, PRADEEP SINDHU, ROBERT M. | ) | |
| CALDERONI, KENNETH GOLDMAN, | ) | |
| WILLIAM R. HEARST III, KENNETH LEVY, | ) | |
| FRANK MARSHALL, STRATTON SCLAVOS, | ) | |
| and WILLIAM R. STENSRUD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR
PRELIMINARY INJUNCTION AND MOTION TO DISMISS
CASE NO. C-07-1772-JW (PVT)

1   WHEREAS the parties have mutually agreed to a revised briefing schedule for Plaintiff's motion for a preliminary injunction and Defendants' motion to dismiss;

   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that:

   1.   The date for the filing of Defendants' opposition to Plaintiff's motion for a preliminary injunction and Plaintiff's opposition to Defendants' motion to dismiss shall be extended by one day to June 5, 2007;

   2.   The date for the filing of Plaintiff's reply in support of her motion for a preliminary injunction and Defendants' reply in support of their motion to dismiss shall be extended by two days to June 13, 2007; and

   3.   The hearing on both the motion for preliminary injunction and the motion to dismiss shall remain set for June 25, 2007, at 9:00 a.m., or such other date as may be ordered by the Court.

Respectfully submitted,

Dated: June 1, 2007            WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation


                               By:   /s/ Diane M. Walters
                                       Diane M. Walters

                               Attorneys for Defendants


Dated: June 1, 2007            HAGENS BERMAN SOBOL SHAPIRO LLP


                               By:   /s/ Shana Scarlettt
                                       Shana Scarlett

                               Attorneys for Plaintiff

1  ORDER

2  IT IS SO ORDERED.

3

4  Dated:  June 4 2007

   _____
5  The Honorable James Ware
   United States District Court Judge

1  I, Diane M. Walters, am the ECF user whose identification and password are being used
2  to file the **STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR**
3  **PRELIMINARY INJUNCTION AND MOTION TO DISMISS**. In compliance with General
4  Order 45.X.B, I hereby attest that Shana Scarlett has concurred in this filing.

6  Dated:  June 1, 2007                                      WILSON SONSINI GOODRICH & ROSATI
                                                              Professional Corporation

                                                              By:    /s/ Diane M. Walters
                                                                        Diane M. Walters