UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE, | Case No.: C 07-1772 JW (PVT) |
| Plaintiff, | **ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |
| v. | |
| JUNIPER NETWORKS, INC., et al., | |
| Defendants. | |

On May 8, 2007, the parties filed a Stipulation and [Proposed} Protective Order.[1] Based on the proposed form of order presented,

IT IS HEREBY ORDERED that no later than June 19, 2007, the parties shall submit a revised form of protective order that defines "Confidential Information" as "information (regardless of how generated, stored or maintained) or tangible things that qualify for protection under standards developed under F.R.Civ.P. 26(c)."

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information exchanged or disclosed during discovery in this case.

Dated: *6/7/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*