1   REED R. KATHREIN (139304)
2   SHANA E. SCARLETT (217895)
3   HAGENS BERMAN SOBOL SHAPIRO LLP
4   715 Hearst Avenue, Suite 202
5   Berkeley, CA 94710
6   Telephone:  (510) 725-3000
7   Facsimile:  (510) 725-3001
8   reed@hbsslaw.com
9   shanas@hbsslaw.com

10  I. STEPHEN RABIN (*Pro Hac Vice*)
11  RABIN & PECKEL LLP
12  275 Madison Avenue, Suite 420
13  New York, NY 10016
14  Telephone:  (212) 880-3722
15  Facsimile:  (212) 880-3716
16  srabin@rabinpeckel.com

17  Attorneys for Plaintiff Jeanne M. Calamore

18
19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                            SAN JOSE DIVISION

22  JEANNE M. CALAMORE,              )  Case No.: C 07-1772-JW
                                     )
23              Plaintiff,           )
                                     )
24      -against-                    )  STIPULATION AND
                                     )  [PROPOSED] ORDER
                                     )  RE FILING OF
25  JUNIPER NETWORKS, INC., SCOTT    )  AMENDED COMPLAINT
26    KRIENS, PRADEEP SINDHU, ROBERT )
27    M. CALDERONI, KENNETH          )
28    GOLDMAN, WILLIAM R. HEARST III,)
29    KENNETH LEVY, FRANK MARSHALL,  )
30    STRATTON SCLAVOS, and WILLIAM  )
31    R. STENSRUD,                   )
                                     )
32              Defendants.          )

1    WHEREAS, Plaintiff has requested and Defendants have consented to a one week
2    extension of time for Plaintiff to file her amended complaint;
3    WHEREAS, Plaintiff has not previously requested such extension with respect hereto;
4    WHEREAS, Plaintiff will not request any further such extension with respect hereto;
5    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
6    undersigned counsel for Plaintiff and for Defendants, subject to the approval of the Court, that the
7    date for the filing of the amended complaint shall be extended by one week to August 27, 2007.

8                                    Respectfully submitted,

9    Dated: August 17, 2007          RABIN & PECKEL LLP

10                                   By:    /s/ I. Stephen Rabin

11                                   Attorneys for Plaintiff


12   Dated: August 17, 2007          WILSON SONSINI GOODRICH & ROSATI
13                                   Professional Corporation

14                                   By:    /s/ Joni Ostler

15                                   Attorneys for Defendants

|   |   |   |
|---|---|---|
| 1 |  | ORDER |
| 2 | IT IS SO ORDERED. |  |
| 3 | DATED: ____August 20__, 2007 |  |
| 4 |  | _____ |
| 5 |  | The Honorable James Ware |
| 6 |  | United States District Judge |

STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT
CASE NO. C 07-1772-JW                                                                                                      3

I, Shana E. Scarlett, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order re Filing of Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that I. Stephen Rabin and Steven Guggenheim have concurred in this filing.

Dated: August 17, 2007.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Shana E. Scarlett
Shana E. Scarlett

# Mailing Information for a Case 5:07-cv-01772-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Guggenheim**
  sguggenheim@wsgr.com,bngirngesechei@wsgr.com,cphillips@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Bruce G. Murphy**
  bgm@brucemurphy.biz,brucemurphy_attorney@yahoo.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com,info@rabinpeckel.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com

- **Diane Marie Walters**
  dwalters@wsgr.com,dlewis@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)