NINA F. LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
DIANE M. WALTERS, State Bar No. 148136
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: sguggenheim@wsgr.com
Email: dwalters@wsgr.com
Email: jostler@wsgr.com

Attorneys for Defendants
Juniper Networks, Inc., Scott Kriens,
Pradeep Sindhu, Robert M. Calderoni,
Kenneth Goldman, William R. Hearst III,
Kenneth Levy, Stratton Sclavos,
and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JUNIPER NETWORKS, INC., SCOTT KRIENS, PRADEEP SINDHU, ROBERT M. CALDERONI, KENNETH GOLDMAN, WILLIAM R. HEARST III, KENNETH LEVY, STRATTON SCLAVOS, and WILLIAM R. STENSRUD,<br><br>　　　　Defendants. | CASE NO.: C-07-1772-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT** |

1    WHEREAS, on July 19, 2007, the Court issued an Order dismissing Plaintiff Jeanne Calamore's Complaint for Violations of Federal Securities Laws with leave to amend within thirty days;

    WHEREAS, on August 17, 2007, the parties mutually agreed to an extension for Plaintiff to file her amended complaint, and Plaintiff filed her Amended Complaint for Violations of Federal Securities Law on August 27, 2007;

    WHEREAS, Defendants have asked, and Plaintiff has agreed, to give Defendants until October 1, 2007 within which to file a response to Plaintiff's Amended Complaint;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that:

    1.    Defendants shall have until October 1, 2007 within which to file a response to Plaintiff's Amended Complaint for Violations of Federal Securities Law.

                                Respectfully submitted,

Dated: August 29, 2007          WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:   /s/ Joni Ostler
                                        Joni Ostler

                                Attorneys for Defendants

Dated: August 29, 2007          RABIN & PECKEL LLP


                                By:   /s/ I. Steven Rabin
                                        I. Steven Rabin

                                275 Madison Avenue, Suite 420
                                New York, NY 10016
                                Telephone: (212) 880-3722
                                Facsimile: (212) 880-3716

                                Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME         -1-
TO RESPOND TO AMENDED COMPLAINT
CASE NO.C-07-1772-JW (PVT)

1 ORDER

2     IT IS SO ORDERED.

3

4 Dated: August 30, 2007

                                               The Honorable James Ware
5                                                United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Joni Ostler, am the ECF user whose identification and password are being used to file
2    the **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO**
3    **AMENDED COMPLAINT**.  In compliance with General Order 45.X.B, I hereby attest that I.
4    Steven Rabin has concurred in this filing.

6    Dated:  August 29, 2007                        WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation

                                                    By:    /s/ Joni Ostler
                                                              Joni Ostler

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME         -3-
TO RESPOND TO AMENDED COMPLAINT
CASE NO.C-07-1772-JW (PVT)