1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  DIANE M. WALTERS, State Bar No. 148136
   Email:  dwalters@wsgr.com
4  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   Attorneys for Defendants
9  Juniper Networks, Inc., Scott Kriens,
   Pradeep Sindhu, Robert M. Calderoni,
10 Kenneth Goldman, William R. Hearst III,
   Kenneth Levy, Stratton Sclavos,
11 and William R. Stensrud

IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware

9/26/2007

12

13          UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA

15          SAN FRANCISCO DIVISION

16  JEANNE M. CALAMORE,            )   CASE NO.:  C-07-1772-JW
                                   )
17          Plaintiff,             )
                                   )   **STIPULATION AND [PROPOSED]**
18      v.                         )   **ORDER CONTINUING CASE**
                                   )   **MANAGEMENT CONFERENCE**
19  JUNIPER NETWORKS, INC., SCOTT  )
    KRIENS, PRADEEP SINDHU, ROBERT M. )
20  CALDERONI, KENNETH GOLDMAN,    )
    WILLIAM R. HEARST III, KENNETH )
21  LEVY, STRATTON SCLAVOS, and    )
    WILLIAM R. STENSRUD,           )   CMC Date:  October 1, 2007
22                                 )   Time:  10:00 a.m.
            Defendants.            )   Before:  The Honorable James Ware
23                                 )
                                   )
24  _____  )

25

26

27

28

STIP AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. C-07-1772-JW

1    WHEREAS, pursuant to the Stipulation and Order Granting Extension of Time for

2  Defendants to Respond to Amended Complaint dated August 30, 2007 (Docket No. 88), the

3  defendants have until October 1, 2007 within which to file their anticipated motion to dismiss

4  plaintiff's Amended Complaint for Violations of Federal Securities Law ("Amended

5  Complaint");

6    WHEREAS, there is currently a Case Management Conference scheduled for October 1,

7  2007 at 10:00 a.m. in this matter;

8    WHEREAS, because the defendants' motion to dismiss will be filed the same day as the

9  scheduled Case Management Conference, the parties mutually agree that a Case Management

10  Conference will be premature on that date, and will not be a wise use of the Court's time and

11  resources;

12    IT IS HEREBY STIPULATED AND AGREED, by the plaintiff and defendants, by and

13  through their respective counsel, that the Case Management Conference scheduled for October 1,

14  2007 should be continued until a later date, at the Court's convenience, after the briefing for the

15  defendants' motion to dismiss the Amended Complaint has been completed.

16  Dated:  September 20, 2007          WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
17

18                                      By_____/s/ Joni Ostler_____
                                               Joni Ostler
19
                                        *Attorneys for Defendants*
20

21  Dated:  September 20, 2007          RABIN & PECKEL LLP

22

23                                      By:_____/s/ I. Stephen Rabin_____
                                               I. Stephen Rabin
24
                                        275 Madison Avenue, Suite 420
25                                      New York, NY 10016
                                        Telephone: (212) 880-3722
26                                      Facsimile: (212) 880-3716

27                                      Attorneys for Plaintiff

28
STIP AND [PROPOSED] ORDER              -2-
CONTINUING CMC
CASE NO. C-07-1772-JW

1

2

## ORDER

  Pursuant to Stipulation, it is hereby ordered that the Case Management Conference

3

scheduled for October 1, 2007 is vacated, and the Court shall set a new date pending its ruling on

4

the Defendant's anticipated Motion to Dimiss.            .

5

6

Dated:  September 26, 2007                

7

                The Honorable James Ware
                United States District Court Judge

8

9

10

11

12

## **ATTESTATION**

13

  I, Joni Ostler, am the ECF user whose identification and password are being used to file

14

the **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT**

15

**CONFERENCE**.  In compliance with General Order 45.X.B, I hereby attest that Joseph

16

McBride has concurred in this filing.

17

18

Dated:  September 20, 2007       WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation

19

20

                By: ____/s/ Joni Ostler_____

21

                    Joni Ostler

22

23

24

25

26

27

28