NINA F. LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
DIANE M. WALTERS, State Bar No. 148136
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: sguggenheim@wsgr.com
Email: dwalters@wsgr.com
Email: jostler@wsgr.com

Attorneys for Defendants
Juniper Networks, Inc., Scott Kriens,
Pradeep Sindhu, Robert M. Calderoni,
Kenneth Goldman, William R. Hearst III,
Kenneth Levy, Stratton Sclavos,
and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC., SCOTT KRIENS, PRADEEP SINDHU, ROBERT M. CALDERONI, KENNETH GOLDMAN, WILLIAM R. HEARST III, KENNETH LEVY, STRATTON SCLAVOS, and WILLIAM R. STENSRUD,<br><br>    Defendants. | CASE NO.: C-07-1772-JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS** |

1  WHEREAS, Plaintiff filed her Amended Complaint for Violations of Federal Securities Law ("Amended Complaint") on August 27, 2007;

WHEREAS, on August 30, 2007, the Court approved the parties' stipulation giving Defendants until October 1, 2007 within which to file a response to Plaintiff's Amended Complaint;

WHEREAS, Defendants have asked, and Plaintiff has agreed, to give Defendants an additional week within which to file their anticipated motion to dismiss the Amended Complaint, which will extend the deadline to Tuesday, October 9, 2007 because Monday, October 8, 2007 is a court holiday;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that Defendants shall have until October 9, 2007 within which to file their motion to dismiss Plaintiff's Amended Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 27, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|  | By:  /s/ Joni Ostler<br>         Joni Ostler |
|  | Attorneys for Defendants |
| Dated:  September 27, 2007 | RABIN & PECKEL LLP |
|  | By:  /s/ I. Stephen Rabin<br>         I. Stephen Rabin |
|  | 275 Madison Avenue, Suite 420<br>New York, NY 10016<br>Telephone: (212) 880-3722<br>Facsimile: (212) 880-3716 |
|  | Attorneys for Plaintiff |

## ORDER

IT IS SO ORDERED.

Dated: September 28, 2007

_____
The Honorable James Ware
United States District Court Judge

## ATTESTATION

I, Joni Ostler, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS**. In compliance with General Order 45.X.B, I hereby attest that I. Steven Rabin has concurred in this filing.

Dated: September 27, 2007            WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:    /s/ Joni Ostler
                                            Joni Ostler