REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

I. STEPHEN RABIN (*Pro Hac Vice*)
RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Facsimile: (212) 880-3716
srabin@rabinpeckel.com

Attorneys for Plaintiff Jeanne M. Calamore

UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE,<br><br>Plaintiff,<br><br>-against-<br><br>JUNIPER NETWORKS, INC., SCOTT KRIENS, PRADEEP SINDHU, ROBERT M. CALDERONI, KENNETH GOLDMAN, WILLIAM R. HEARST III, KENNETH LEVY, STRATTON SCLAVOS, and WILLIAM R. STENSRUD,<br><br>Defendants. | Case No.: C 07-1772-JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER RE: RE-SCHEDULING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

WHEREAS, Defendants have moved to dismiss the amended complaint in this matter;

WHEREAS, Plaintiff has requested and Defendants have consented to an extension of time for Plaintiff to file her opposition thereto;

WHEREAS, Plaintiff has not previously requested an extension with respect hereto;

WHEREAS, any extension will require a re-scheduling of the hearing date on the motion to dismiss;

WHEREAS, the motion to dismiss is currently scheduled to be heard on December 3, 2007, at 9:00 a.m.;

WHEREAS, the Court has scheduled a Case Management Conference in this matter for the same day as the motion to dismiss, December 3, 2007, at 10:00 a.m.;

WHEREAS, the Court's next available date for hearing the motion to dismiss is January 28, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for Defendants, subject to the approval of the Court, that the hearing on the motion to dismiss and the Case Management Conference shall be re-scheduled for January 28, 2008, at 9:00 a.m. and 10:00 a.m., respectively, and that Plaintiff shall file her opposition to the motion on or before December 7, 2007, and Defendants shall file their reply thereto on or before January 11, 2008.

Respectfully submitted,

Dated: November 8, 2007

RABIN & PECKEL LLP

By: /s/ I. Stephen Rabin

Attorneys for Plaintiff

Dated: November 8, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Joni Ostler

Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: November 13, 2007

The Honorable James Ware
United States District Judge

I, Shana E. Scarlett, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE: RE-SCHEDULING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that I. Stephen Rabin and Joni Ostler have concurred in this filing.

Dated: November 8, 2007.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Shana E. Scarlett
Shana E. Scarlett

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

By: /s/ Shana E. Scarlett
Shana E. Scarlett

# Mailing Information for a Case 5:07-cv-01772-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Guggenheim**
  sguggenheim@wsgr.com,bngirngesechei@wsgr.com,cphillips@wsgr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Bruce G. Murphy**
  bgm@brucemurphy.biz,brucemurphy_attorney@yahoo.com
- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com
- **I. Stephen Rabin**
  srabin@rabinpeckel.com,info@rabinpeckel.com
- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com
- **Diane Marie Walters**
  dwalters@wsgr.com,smills@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)