REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

I. STEPHEN RABIN (*Pro Hac Vice*)
RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Facsimile: (212) 880-3716
srabin@rabinpeckel.com

Attorneys for Plaintiff Jeanne M. Calamore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANNE M. CALAMORE,<br><br>    Plaintiff,<br><br>  -against-<br><br>JUNIPER NETWORKS, INC., SCOTT KRIENS, PRADEEP SINDHU, ROBERT M. CALDERONI, KENNETH GOLDMAN, WILLIAM R. HEARST III, KENNETH LEVY, STRATTON SCLAVOS, and WILLIAM R. STENSRUD,<br><br>    Defendants. | Case No.: C 07-1772-JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER RE: RE-SCHEDULING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

1   WHEREAS, Defendants have moved to dismiss the amended complaint in this matter;

2   WHEREAS, Plaintiff's opposition to the motion is currently due by December 7, 2007;

3   WHEREAS, Plaintiff has requested and Defendants have consented to a two week

4   extension of time for Plaintiff to file her opposition thereto;

5   WHEREAS, Plaintiff will not request any further extension with respect hereto;

6   WHEREAS, the extension will require a re-scheduling of the hearing date on the motion

7   to dismiss to afford Defendants sufficient time to reply to Plaintiff's opposition;

8   WHEREAS, the motion to dismiss is currently scheduled to be heard on January 28, 2008,

9   at 9:00 a.m.;

10   WHEREAS, the Court has also scheduled a Case Management Conference in this matter

11   for the same day as the motion to dismiss, January 28, 2008, at 10:00 a.m.; and

12   WHEREAS, the Court's calender indicates that a hearing date is available two weeks later

13   on February 11, 2008;

14   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

15   undersigned counsel for Plaintiff and for Defendants, subject to the approval of the Court, that the

16   hearing on the motion to dismiss and the Case Management Conference shall be re-scheduled for

17   February 11, 2008, at 9:00 a.m. and 10:00 a.m., respectively, and that Plaintiff shall file her

18   opposition to the motion on or before December 21, 2007, and Defendants shall file their reply

19   thereto on or before January 25, 2008.

|    |                            |                                              |
|----|----------------------------|----------------------------------------------|
| 1  |                            | Respectfully submitted,                      |
| 2  | Dated: December 6, 2007    | RABIN & PECKEL LLP                           |
| 3  |                            | By:      /s/  I. Stephen Rabin               |
| 4  |                            | Attorneys for Plaintiff                      |
| 5  | Dated: December 6, 2007    | WILSON SONSINI GOODRICH & ROSATI             |
| 6  |                            | Professional Corporation                     |
| 7  |                            | By:      /s/ Joni Ostler                     |
| 8  |                            | Attorneys for Defendants                     |

ORDER

10    IT IS SO ORDERED.    This is the parties' final request for continuance.

11    DATED: ___Dec. 12___, 2007

        _____
        The Honorable James Ware
        United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: RE: RE-SCHEDULING MOTION TO DISMISS
AND CASE MANAGEMENT CONFERENCE, Case No. C 07-1772-JW (PVT)                    3

1        I, Shana E. Scarlett, am the ECF user whose identification and password are being used to

2  file the STIPULATION AND [PROPOSED] ORDER RE: RE-SCHEDULING MOTION TO DISMISS AND CASE

3  MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that I.

4  Stephen Rabin and Joni Ostler have concurred in this filing.

5  Dated: December 6, 2007.               HAGENS BERMAN SOBOL SHAPIRO LLP

6                                            By:    /s/ Shana E. Scarlett
7                                                    Shana E. Scarlett

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Shana E. Scarlett
        SHANA E. SCARLETT

# Mailing Information for a Case 5:07-cv-01772-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Guggenheim**
  sguggenheim@wsgr.com,bngirngesechei@wsgr.com,cphillips@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Bruce G. Murphy**
  bgm@brucemurphy.biz,brucemurphy_attorney@yahoo.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com,info@rabinpeckel.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com

- **Diane Marie Walters**
  dwalters@wsgr.com,smills@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)